

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

September 22, 1948

Hon. C. E. Belk, Administrator
Board of Plumbing Examiners
904 Lavaca
Austin, Texas

Opinion No. V-691

Re: Whether persons may en-
gage in plumbing without
a State plumbing license
by virtue of their work
being supervised by a
State licensed master
plumber.

Dear Mr. Belk:

We quote from your request, dated August 27, as follows:

"A general building contractor holds a
State Master Plumber's license. He is doing
plumbing work on the buildings which he has
under contract and using unlicensed plumbers
to do this work. It is his contention that
Section 14 of the law allows him to do this.

"Will you please advise us whether this,
or any other Section of the Act, exempts such
persons from the licensing requirements of the
Plumbing License Law of 1947?"

In Section 2 of the Plumbing License Law of 1947,
we find the definition of the activity of "plumbing",
which is regulated by the licensing statute, and we set out
that definition as follows:

"The word or term 'plumbing' as used in
this Act means and shall include: (1) All
piping, fixtures, appurtenances and appliances
for a supply of water or gas, or both, for all
personal or domestic purposes in and about build-
ings where a person or persons live, work or

476

assemble; all piping, fixtures, appurte-
nances and appliances outside a building
connecting the building with the source of
water or gas supply, or both, on the prem-
ises, or the main in the street, alley or
at the curb; all piping, fixtures, appur-
tenances, appliances, drain or waste pipes
carrying waste water or sewage from or with-
in a building to the sewer service lateral
at the curb or in the street or alley or
other disposal terminal holding private or
domestic sewage; (2) the installation, re-
pair and maintenance of all piping, fix-
tures, appurtenances and appliances in and
about buildings where a person or persons
live, work or assemble, for a supply of gas,
water, or both, or disposal of waste water
or sewage."

We also set out the definitions of "Master
Plumbers" and "Journeymen Plumbers" from Section 2 of
the Act, as follows:

"(b)  A 'Master Plumber' within the
meaning of this Act is a plumber having
a regular place of business, who, by him-
self, or through a person or persons in his
employ, performs plumbing work, and who has
successfully fulfilled the examinations and
requirements of the Board.

"(c)  A 'Journeyman Plumber' within
the meaning of this Act is any person other
than a master plumber who engages in or works
at the actual installation, alteration, re-
pair and renovating of plumbing, and who has
successfully fulfilled the examinations and
requirements of the Board."

Section 3 of the Act provides the express ex-
emptions allowed under the Act. We find no exemption
which applies to your particular situation.

Section 14 of the Act provides as follows:

"After the expiration of one hundred
twenty days from the effective date of this
Act, no person, whether as a master plumber,

employing plumber, journeyman plumber,
or otherwise, shall engage in, work at,
or conduct the business of plumbing in
this state or serve as a plumbing in-
spector as herein defined, except as here-
in specifically exempted from the provi-
sions of this Act, unless such person is
the holder of a valid license as provided
for by this Act; and after the expiration
of one hundred twenty days from the effec-
tive date of this Act it shall be unlawful
for any person to engage in, work at, or
conduct the business of plumbing in this
state or serve as a plumbing inspector as
herein defined, except as herein specifi-
cally exempted from the provisions of this
Act, unless such person is the holder of
a valid license issued under the provisions
of this Act and provided for hereby; <u>and it
shall be unlawful for any person, firm, or
corporation to engage in or work at the
business of installing plumbing and doing
plumbing work except as specifically herein
provided unless such installation of plumb-
ing or plumbing work be under the supervi-
sion and control of a plumber licensed under
this Act.</u> And it is expressly provided that
the provisions of Article 122 of the Penal
Code of Texas shall apply to violations of
this Act, and said Article 122 of the Penal
Code and the penalties therein provided are
hereby expressly referred to."

Specifically, you ask whether the underlined
portion of Section 14 set out above exempts from the
licensing requirement of the Act those who engage in
plumbing under the supervision and control of a Master
Plumber. We are of the opinion that it does not exempt
them from the licensing requirement of the Act.

The underlined language from Section 14 above
must be construed in context with the rest of the Section.
Section 14 gives a period of grace of one hundred twenty
days after the effective date of the Act for plumbing
without a license. Thereafter, two activities are pro-
hibited: (1) any person's engaging in, working at, or
conducting the business of plumbing (as defined in the
Act) without a license; and (2) any person's, firm's or
corporation's engaging in or working at the business of

installing plumbing and doing plumbing work and using therefor unlicensed plumbers for the control and supervision of such plumbing (as defined in the Act). These portions of Section 14 prohibit anyone from engaging in plumbing without a license, or engaging in plumbing through others who are not licensed. Nothing in this Section grants an exemption to engage in plumbing without a license merely because such activity is under the supervision and control of a licensed plumber.

### SUMMARY

A person engaging in plumbing within the definition thereof as set out in the Plumbing License Law of 1947 is not exempt from the licensing requirements of that Act merely because such activity will be under the supervision and control of a plumber licensed under the Act.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

DJC/vmb/rt          By    Dean J. Capp,
                          Assistant.

APPROVED

Price Daniel
ATTORNEY GENERAL